CHARLES LOW, Respondent, v. ALBERT BIERDS, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

METROPOLITAN FARMS, INC., Respondent, v. MORRIS CHOTIMSKY, Appellant.— Order granting injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

JOSEPH C. MORGAN, Respondent, v. CHRISTIAN JUELL and Another, Appellants.— Judgment and order reversed on the law, and a new trial granted, costs to abide the event, on authority of *Undertakers Transfer & Express, Inc.,* v. *Juell (post,* p. 769) decided herewith. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

UNDERTAKERS TRANSFER & EXPRESS, INC., Respondent, v. CHRISTIAN JUELL and Another, Appellants.— Judgment and order reversed on the law, and new trial granted, costs to abide the event, for the error of the court in permitting plaintiff's counsel in summing up to call attention to the fact that the defendants were insured. When it was ascertained that this testimony had been inadvertently admitted, it should have been stricken out and the jury should have been instructed to disregard it. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISAAC ROSENFELD, Appellant.— Judgment of conviction of the County Court of Kings county affirmed, under the provisions of section 542 of the Code of Criminal Procedure. Kelly, P. J., Rich, Jaycox and Manning, JJ., concur; Kapper, J., dissents upon the ground that it was error to refuse to charge that defendant had the legal right to execute the bail bonds regarding which he had been cross-examined.

LOUIS ROSENBERG, Appellant, v. LIEBE GOLDSTEIN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

FRED SCHIELE, Respondent, v. UDO M. REINACH, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

WILLIAM M. STOCKBRIDGE, Respondent, v. JAMES H. EMERY and Another, Copartners, etc., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

DE LAND A. VAN DERWERKEN, Respondent, v. JOHN POLACHEK, Appellant.— Order denying defendant's motion to vacate and set aside the notice of examination of defendant before trial modified by striking from said notice subdivisions 7, 8 and 9; and as so modified affirmed, without costs. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

EBBA VEECK, Appellant, v. GUSTAV A. VEECK and Another, Respondents.— Judgment affirmed, without costs. No opinion. Kelly, P. J., Rich, Manning and Kapper, JJ., concur; Jaycox, J., dissents.

FRANK DONNELLY, Respondent, v. STATEN ISLAND SHIPBUILDING COMPANY, Appellant.— Motion for reargument denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.